UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

USA,

       Plaintiff,

v.                                            Case No:  2:13-cv-793-FtM-38CM

34 LUXURY VEHICLES,

       Defendant.
_____/

## ORDER[1]

     This matter comes before the Court on Claimant's Motions for Forfeiture of Probable Cause Hearing and Request for Oral Argument (Doc. #42, Doc. #43) filed on May 8, 2014. Claimant Grand Union International (Grand Union) submitted these motions requesting a special hearing to determine whether probable cause exists under the theory of forfeiture in the Government's Amended Complaint. (Doc. #42 at 4-5). The Government has since requested leave to file a Second Amended Complaint (Doc. #56), which has been granted. (Doc. #62). The Government filed its Second Amended Complaint on August 21, 2014, requesting forfeiture of the *in rem* property pursuant to 19 U.S.C. § 1595(a). (Doc. #63). Grand Union's motion for a probable cause hearing is thus moot, as the operative pleading in this matter is the Government's Second Amended Complaint. Pursuant to Fed. R. Civ. P 12(a), Grand Union and the other

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

claimants in this action may file timely responses to the Second Amended Complaint, and may assert any relevant defenses under Rule 12(b).

Accordingly, it is now

**ORDERED:**

Claimant's Motions for Forfeiture of Probable Cause Hearing and Request for Oral Argument (Doc. #42, Doc. #43) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record