UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

USA,

      Plaintiff,

v.                                            Case No:   2:13-cv-793-FtM-38CM

34 LUXURY VEHICLES,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on United States' Unopposed Motion to Dismiss Certain Property (Doc. #76) filed on October 6, 2014. The United States seeks to dismiss the civil forfeiture action against twenty-three defendant vehicles, listed by VIN and Claimant below:

    1.  5UXZV4C59D0E09628       Grand Union International Corp. (Claimant)

    2.  5UXZV4C52D0E12421       Grand Union International Corp. (Claimant)

    3.  5UXZV4C58D0E12424       Grand Union International Corp. (Claimant)

    4.  5UXZV4C54D0E12422       Grand Union International Corp. (Claimant)

    5.  5UXZV4C56D0E12535       Grand Union International Corp. (Claimant)

    6.  5UXZV4C51D0E12247       Grand Union International Corp. (Claimant)

    7.  5UXZV4C58D0E12536       Grand Union International Corp. (Claimant)

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

8. 5UXZV4C5XD0E12537     Grand Union International Corp. (Claimant)

9. 5UXZV4C54D0E12534     Grand Union International Corp. (Claimant)

10. 5UXZV4C52D0E11995     Grand Union International Corp. (Claimant)

11. 5UXZV4C52D0E11950     Grand Union International Corp. (Claimant)

12. 5UXZV4C57D0E12138     Grand Union International Corp. (Claimant)

13. 5UXZV4C59D0E12089     Grand Union International Corp. (Claimant)

14. 5UXZV4C50D0E11994     Grand Union International Corp. (Claimant)

15. 5UXZV4C57D0E11989     Grand Union International Corp. (Claimant)

16. 5UXZV4C51D0E11986     Grand Union International Corp. (Claimant)

17. 5UXZV4C5XD0E12246     Grand Union International Corp. (Claimant)

18. 5UXZV4C58D0E12245     Grand Union International Corp. (Claimant)

19. 5UXZV4C56D0E12664     Grand Union International Corp. (Claimant)

20. 5UXZV4C50D0E12353     Grand Union International Corp. (Claimant)

21. 5UXZV4C54D0E12355     Grand Union International Corp. (Claimant)

22. 4JGDF2EE6DA166292     DLD Enterprises, Inc.

23. WP1AF2A24DLA29163     DLD Enterprises, Inc.

Grand Union International Corp. (Grand Union) and DLD Enterprises, Inc. (DLD) filed verified claims with respect to the above named defendant vehicles, and their interests have now been settled through negotiations with the United States. Therefore, the United States is seeking voluntary dismissal of the twenty-three vehicles pursuant to written settlement with the vehicles' claimants, Grand Union and DLD. Specifically, the United States seeks dismissal of these vehicles under Federal Rule of Civil Procedure 41(a)(2) and 54(b).

Except as provided in Rule 41(a)(1) (dismissal by stipulation or before an answer or motion for summary judgment has been filed), dismissal of an action must be by court order. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 378–381 (1994); Anago Franchising, Inc. v. Shaz, LLC., 677 F.3d 1272, 1280 (11th Cir. 2012). Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." "The district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." Pontenberg v. Boston Sci. Corp., 252 F.3d 1272, 1280 (11th Cir. 2001). A "voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." Id. (internal quotation marks omitted).

While Rule 41(a)(2) allows for the dismissal of an action, the Courts in this District generally hold that Rule 41(a)(2) applies only to the entire action and not some of the parties in the case. Nevertheless, pursuant to Fed. R. Civ. P. 54(b), "when multiple parties are involved, the court may direct entry of final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." The United States agrees that its interests in these twenty-three vehicles have been resolved through negotiation and settlement. The remaining vehicles will be unaffected by the dismissal, as will the remaining claimants. Therefore, there is no just reason for delay and the Motion to Dismiss the twenty-three vehicles is due to be granted.

Accordingly, it is now

**ORDERED:**

(1) United States' Unopposed Motion to Dismiss Certain Property (Doc. #76) is

**GRANTED**. All claims against Defendant Vehicles

| | | |
|---|---|---|
| 1. | 5UXZV4C59D0E09628 | Grand Union International Corp. (Claimant) |
| 2. | 5UXZV4C52D0E12421 | Grand Union International Corp. (Claimant) |
| 3. | 5UXZV4C58D0E12424 | Grand Union International Corp. (Claimant) |
| 4. | 5UXZV4C54D0E12422 | Grand Union International Corp. (Claimant) |
| 5. | 5UXZV4C56D0E12535 | Grand Union International Corp. (Claimant) |
| 6. | 5UXZV4C51D0E12247 | Grand Union International Corp. (Claimant) |
| 7. | 5UXZV4C58D0E12536 | Grand Union International Corp. (Claimant) |
| 8. | 5UXZV4C5XD0E12537 | Grand Union International Corp. (Claimant) |
| 9. | 5UXZV4C54D0E12534 | Grand Union International Corp. (Claimant) |
| 10. | 5UXZV4C52D0E11995 | Grand Union International Corp. (Claimant) |
| 11. | 5UXZV4C52D0E11950 | Grand Union International Corp. (Claimant) |
| 12. | 5UXZV4C57D0E12138 | Grand Union International Corp. (Claimant) |
| 13. | 5UXZV4C59D0E12089 | Grand Union International Corp. (Claimant) |
| 14. | 5UXZV4C50D0E11994 | Grand Union International Corp. (Claimant) |
| 15. | 5UXZV4C57D0E11989 | Grand Union International Corp. (Claimant) |
| 16. | 5UXZV4C51D0E11986 | Grand Union International Corp. (Claimant) |
| 17. | 5UXZV4C5XD0E12246 | Grand Union International Corp. (Claimant) |
| 18. | 5UXZV4C58D0E12245 | Grand Union International Corp. (Claimant) |
| 19. | 5UXZV4C56D0E12664 | Grand Union International Corp. (Claimant) |
| 20. | 5UXZV4C50D0E12353 | Grand Union International Corp. (Claimant) |
| 21. | 5UXZV4C54D0E12355 | Grand Union International Corp. (Claimant) |

22. 4JGDF2EE6DA166292         DLD Enterprises, Inc.

23. WP1AF2A24DLA29163         DLD Enterprises, Inc.

are **DISMISSED**. Finding no just cause for delay, the Clerk shall enter judgment accordingly and terminate only these Defendant Vehicles.

(2) Claimant Grand Union's Motion to Dismiss for Failure to State a Claim (Doc. #73) is **DENIED** as moot.

(3) Claimant Grand Union's Motion for Hearing (Doc. #74) is **DENIED** as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record