UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No:   2:13-cv-793-FtM-38CM

34 LUXURY VEHICLES,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on United States' Unopposed Motion to Dismiss the Remaining Defendant Vehicles (Doc. #114) filed on March 9, 2015. The United States asserts it has settled with the Claimants, Auto 1000 GmbH and AGA Motors, with regard to the remaining three defendant vehicles in this case. Since it no longer has an interest in the vehicles and it no longer intends to pursue the forfeiture of the vehicles,[2] the United States seeks dismissal of this action. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court finds it is proper to dismiss this matter as to the remaining defendant vehicles.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.
[2] VIN 6815, VIN 3367, and VIN 0590.

United States' Unopposed Motion to Dismiss the Remaining Defendant Vehicles ([Doc. #114](Doc. #114)) is **GRANTED**. This case is **DISMISSED**. The Clerk is directed to terminate any pending motions, close the case, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record